In RE: THERESA M PEREZ             341 DATE: Wed Feb 20, 2008
CASE NO: 07-20712

## TRUSTEE'S INITIAL OBJECTION TO CONFIRMATION OF DEBTORS CHAPTER 13 PLAN

INCOME/EXPENSES
- [X] Affidavit  [X] support  ___ rent
- ___ Proof of household size
- ___ 6 months of payment advices H  W
- ___ Income understated
- ___ Proof of mtg/rent payments
- ___ Proof of income from property
- ___ Spouse's 6 months of payment advices
- ___ Spouse's wages in Sch. I
- ___ Tax refund in Sch. I         *or Decl.*
- [X] Tax returns PER    03    04   (05)  (06)(07)
- ___ Tax returns BIZ    03    04    05    06
- [X] Proof of Expenses— *what is CoA*
- ___ Other: _____

ADDITIONAL DOCUMENTS:
- ___ Affidavit that submitted all applicable/existing documents
- ___ Loan app and closing stmts
- ___ 2016(b)/amended 2016(b)
- [X] Fee application
- ___ HOA/condo bills or coupons
- ___ Original plan
- ___ Schedule _____
- [X] Social Security Card
- [X] Photo ID/driver's license
- ___ Tolling Agreement
- ___ WDO
- [X] Other: *Rights & Resp. Agrmt*

ASSETS
- ___ Asset(s) not disclosed _____
- ___ Inventory of personal property
- ___ Docs re: transferred property
- ___ Vehicles   FMV ___ Regist ___
- [X] Real Estate  (FMV)  (Payoff)  *Non H/S*
- ___ Other: _____

PLAN ISSUES
- ___ <36 months (Best Efforts)
- ___ DI   >100%   <90%
- ___ Calculation Errors
- ___ Cramdown but no motion done
- [X] Chapter 7 test s/b $313,050
- ___ Improper/missing months
- ___ Good Faith to Unsec missing
- ___ 2016(b) and SOFA 9 don't match
- [X] Other provisions:
  (IVL)    100%    surrender
  ~~lawsuit~~   lease   direct pay
- ___ Other: _____

BUSINESS DEBTOR
- [X] BDQ with docs and reports *if Self emp.*
- ___ FMV and support
- ___ Profit and Loss and Balance Sheet
- ___ Bank Stmts & checks  ___ mos

SUPPLEMENTAL DOCUMENTS:
- ___ Schedule C not received
- [X] Bank Acct Stmts  *6* mos *All Accts*
- ___ Green Card
- ___ Insurance policies and riders
- ___ Proof of TBE or BLT
- ___ 401K and/or IRA
- [X] Other: *Val of Stock*

CREDITOR ISSUES
- ___ Dade Count   ___ Tax Cert
- [X] IRS   ___ DOR
- ___ MTGEE _____
- ___ Other: _____

AMENDED SCHEDULES OR SOFA
- ___ Incomplete _____
- ___ Amend _____

OTHER: *Cert of Compliance + Req. for Conf.*
*Correct address for non-homestead*
_____

RECEIVED BY:

_____          _____
Debtor(s) Attorney                Debtor(s)

*Obj to Exempt @ "proceeds from Annuity" need master plan proof continuing exemption @ 222.11 wages claims no income 6 months how exempt under 222.11(3)*